## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SIMONTON                               v. EVANS                                No. 07-0431-J(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ           Rptr.

                                    Attorneys

        Plaintiffs                                              Defendants



On May 1, 2007, the Court granted Respondent's Ex Parte Motion for Extension of Time to File Return.

The date by which the Answer to the Petition was to be filed was extended to July 16, 2007.

The date by which the Traverse to the Answer was to be filed was extended to August 13, 2007.

On July 6, 2007, Respondent filed an Answer to the Petition, with a Certificate of Service.  Respondent did not file a Motion to Dismiss.

Therefore, Petitioner's Motion to Dismiss Answer (12-1) is DENIED.

Petitioner's Motion to Extend Time to File a Traverse (12-1) is GRANTED.

The date by which Petitioner shall file a Traverse is extended to August 27, 2007.



DATED:  August 2, 2007

                                                          _____
                                                          Hon. Leo S. Papas
                                                          U.S. Magistrate Judge